HONORABLE RICARDO S. MARTINEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEALEE GIESE, an individual, | NO. 2:24-CV-01131-RSM |
| Plaintiff, | |
| v. | **ORDER CONTINUING TRIAL** |
| VICTORIA'S SECRET STORES, LLC, a foreign limited liability company, | |
| Defendant. | |

THIS MATTER is before the Court on the parties' First Stipulated Motion to Continue Trial. The Court finds good cause to continue the trial date from August 11, 2025 to October 20, 2025 and the following case deadlines shall be amended with the trial date.

| | |
|---|---|
| BENCH TRIAL DATE: | October 20, 2025 |
| Length of Trial: | 5 days |
| All Motions in Limine must be filed by and noted on motion calendar no later than 21 days thereafter | September 22, 2025 |
| Agreed Pretrial Order | October 8, 2025 |
| Trial Briefs and proposed Finding of Fact and Conclusions of Law, Designations of Deposition Testimony | |

ORDER CONTINUING TRIAL
PAGE 1 OF 2

GRUBE || OREHOSKI PLLC
1200 FIFTH AVENUE, SUITE 1711
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

pursuant to LCR 32(e), and Trial
Exhibits due                                              October 15, 2025

IT IS SO ORDERED this 30th day of June 2025.

                                                                    RICARDO S. MARTINEZ
                                                                    UNITED STATES DISTRICT JUDGE

Presented by:

| GRUBE OREHOSKI, PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: */s/ Karen Orehoski* <br> */s/ Joseph Grube* <br> Karen Orehoski, WSBA #35855 <br> Joseph Grube, WSBA #26476 <br> Attorneys for Plaintiff | By: */s/ Heather M. Jensen* <br> */s/ Wonjin L. Kim* <br> Heather M. Jensen, WSBA #29635 <br> Wonjin L. Kim, WSBA #60009 <br> Attorneys for Defendant |

ORDER CONTINUING TRIAL
PAGE 2 OF 2

GRUBE || OREHOSKI PLLC
1200 FIFTH AVENUE, SUITE 1711
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607